UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WESLEY AARON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>ROANE METALS GROUP, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)   No. 3:21-CV-107<br>)<br>)<br>)<br>)<br>) |
| JASON McGRENERA,<br><br>    Plaintiff,<br><br>v.<br><br>ROANE METALS GROUP, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)   No. 3:21-CV-109<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned cases are related to *Tony Allan Adams, Jr. v. Roane Metals Group, LLC, et al.*, No. 3:21-CV-106. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, these cases are related. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(2).

Because the first of these cases was assigned to District Judge Travis R. McDonough and Magistrate Judge Debra C. Poplin, these cases will also be assigned to District Judge Travis R. McDonough and Magistrate Judge Debra C. Poplin. However, consolidation is not ordered.

**IT IS SO ORDERED**.

                                                  ENTER:

                                                  */s/ Debra C. Poplin*
                                                  Debra C. Poplin
                                                  United States Magistrate Judge